O

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
3470 Twelfth Street, Riverside, CA 92501
<u>CIVIL MINUTES -- GENERAL</u>

Case No.   ED CV 08-01626-SGL(SSx)                                Date:  December 17, 2008

Title:   ROLANDO CALDERON -v- NDEX WEST, LLC., ET AL.
================================================================
PRESENT:   HONORABLE STEPHEN G. LARSON, UNITED STATES DISTRICT JUDGE

            Jim Holmes                              None Present
        Courtroom Deputy Clerk                      Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:        ATTORNEYS PRESENT FOR DEFENDANTS:

None present                              None present

PROCEEDINGS:    ORDER SUMMARILY DISMISSING RICO CLAIM

    On November 25, 2008, the Court issued an Order requiring plaintiff Rolando Calderon to file a RICO case statement within fourteen days.  In the Order the Court warned plaintiff that failure to file said case statement by the time specified would be deemed by the Court as his withdrawal of said claim and would result in the automatic summary dismissal of the RICO claim in his complaint.  The date for filing has come and gone and no RICO case statement has been filed.

    Accordingly, the Court hereby DISMISSES the RICO claim in the complaint.

    IT IS SO ORDERED.